## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CATERPILLAR INC.,

          Plaintiff,

v.

DOOSAN BOBCAT NORTH AMERICA, INC.,

          Defendant.

C.A. No. \_\_\_\_

**JURY TRIAL DEMANDED**

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Caterpillar Inc. ("Caterpillar") files this Complaint for patent infringement against Defendant Doosan Bobcat North America, Inc. ("Doosan") and alleges the following:

## NATURE OF THE CASE

1.     Caterpillar brings claims under the patent laws of the United States, 35 U.S.C. § 1, *et seq.*, for infringement of the following United States patents: U.S. Patent Nos. 8,515,637 (the "'637 Patent"); 9,133,837 (the "'837 Patent"); 9,347,554 (the "'554 Patent"), and 10,059,341 (the "'341 Patent") (collectively, the "Patents-in-Suit").

## INTRODUCTION

**(a)    Caterpillar's longstanding history as an innovative leader in heavy equipment**

2.     Caterpillar is one of the world's most respected manufacturers of construction and earthmoving equipment. For over a century, Caterpillar has built a reputation for engineering excellence, reliability, and technological innovation in heavy machinery, including loaders, dozers, compact equipment, and advanced machine control systems. Since its formation in 1925 through the merger of the Holt Manufacturing Company and the C.L. Best Tractor Company, Caterpillar has consistently driven the evolution of modern construction equipment. Customers worldwide

RLF1 35991039v.1

recognize the "CAT" brand as synonymous with durability, performance, and engineering excellence and reliability.

3. For 100 years, Caterpillar has driven innovation that helps build and power American infrastructure. Caterpillar machines are relied upon worldwide to complete some of the most demanding construction and infrastructure projects ever undertaken. Caterpillar equipment was used in projects such as the construction of the Hoover Dam, the Golden Gate Bridge, and the Panama Canal expansion, as well as countless highway, energy, mining, and infrastructure developments around the globe. Contractors and equipment operators routinely select Caterpillar machines because of their reputation for reliability and the support provided through Caterpillar's global dealer network spanning more than 190 countries. Customers depend on Caterpillar's products to build and strengthen communities and create jobs across the country.

4. Caterpillar was founded within a strong culture of innovation shaped by C.L. Best and prolific inventor Benjamin Holt, who secured a patent for a crawler-type tractor using continuous tracks ("caterpillar tracks") in 1907, issued as U.S. Patent No. 874,008, and held more than 45 patents by the time Caterpillar was formed. Shortly after its formation, Caterpillar formalized this commitment to innovation by establishing its first research and design laboratory in the 1920s to develop diesel engines for its machines. Since then, Caterpillar has consistently invested heavily in research and development, resulting in a substantial portfolio of intellectual property. Those sustained investments have enabled Caterpillar to drive and maintain technological innovation for more than a century to solve its customers' toughest challenges and are a critical reason why the Caterpillar brand is widely associated with reliability, durability, and high performance in demanding environments.

RLF1 35991039v.1

5.      Indeed, Caterpillar has invested more than $20 billion in research and development over the past decade—roughly 75% of it in the United States—producing a substantial and growing portfolio of intellectual property across its equipment lines. Caterpillar invests heavily in research and development to advance the next generation of heavy equipment—from intelligent machine control systems to advanced hydraulic architectures, connected equipment platforms, and autonomous machinery—ensuring that Caterpillar remains at the forefront of innovation in the heavy equipment industry.

6.      Today, Caterpillar holds thousands of patents relating to heavy equipment technologies, including systems for controlling implements, coordinating hydraulic power distribution, and optimizing machine performance during loader operations. Caterpillar sells numerous products including, for example, telehandlers, dozers, landfill compactors, skid steer loaders, compact track loaders, as well as small, medium, and large wheel loaders. These products support agriculture, demolition, construction, mining, oil and gas industries, as well as military construction. Among these, Caterpillar makes, uses, offers for sale, and/or sells products that practice and/or embody the patents asserted in this suit.

7.      The Patents-in-Suit address operational challenges that confront heavy machinery such as loaders, excavators, and telehandlers: engines can stall or lose power, shifting can cause jarring or jerky motion, and machines may consume more fuel than the job actually requires. Certain embodiments of the Patents-in-Suit address these and other challenges through control systems that, among other things, can manage power and motion in the machine. These control systems form, among other things, an intelligent interface between operator inputs and the machine's powertrain, which dynamically manages the machine's response based on working conditions.

3

8. The '837 Patent provides, in part, a method of controlling an electronic hydraulic pump control that accounts for engine limits, and the '637 Patent provides, in part, a method of controlling a machine using a transmission control to keep the engine load within a desired range. For example, certain embodiments of the '637 and/or '837 Patents relate to methods of controlling machines that may adjust how much load the transmission or hydraulic pump places on the engine, which helps prevent engine overload or stalling, even when the operator is taking on an intensive job.

9. Certain embodiments of the '554 Patent provide for smooth drive control, and specifically a system that can coordinate adjustments to pumps and motors, allowing the operator to accelerate and decelerate more smoothly, without the sudden lurches or jerks that can negatively impact machine operation.

10. And certain embodiments of the '341 Patent provide an advanced economy mode, through a system that can modulate both engine speed and transmission output based on factors including ground speed and engine load, which helps to make fuel go further, while still preserving the ability to deliver power for each job.

11. From the operator's seat, those systems of the Patents-in-Suit operate to ensure the machine works more reliably, rides more smoothly, and runs more efficiently—allowing the operator to focus on the job at hand. Collectively, these inventions represent a decade of innovation by Caterpillar engineers, reflecting the company's sustained investment in developing intelligent control systems that improve the daily working experience of machine operators in the U.S. and around the world.

4

**Smart Efficiency. Rugged Results.**
The Cat® 982 XE Wheel Loader is engineered to crush downtime and fuel costs in one powerful package. Its advanced continuously variable transmission delivers seamless power and high rimpull for smooth, responsive control. Advanced technology and deep system integration push efficiency to the max, while extended service intervals and enhanced safety features keep crews moving confidently. From heavy construction to high-volume mining, the 982 XE is the machine that turns hard work into high returns.

**Efficient Powertrain**
Running the engine at lower RPM, optimizing the power flow through the transmission, combined with the dedicated hydraulic system significantly improves fuel efficiency with the highest performance capability.

**Advanced Systems With Innovative Integration**
The deep system integration of the engine and emissions system, powertrain, hydraulic system, and cooling system lower engine speeds and overall system heat loads, resulting in significantly increased performance and fuel efficiency.



**Torsion Suspension Undercarriage And Two-Speed**
Standard torsion suspension undercarriage and standard two-speed travel, combined with the optional Speed Sensitive Ride Control system improves operation on rough terrain, enabling better load retention, increased productivity, and greater operator comfort.



RLF1 35991039v.1

**(b)    Doosan's practice of monitoring and collecting competitive intelligence on Caterpillar inventions**

12.    Doosan is part of the Doosan Group, a global conglomerate headquartered in Korea that has expanded over the years into various industries, including through overseas acquisitions. One such acquisition was Bobcat in 2007, which was rechristened "Doosan Bobcat."

13.    For decades, Doosan focused on smaller machines such as skid steer loaders and compact track loaders. But more recently, Doosan has expanded into larger machines such as telehandlers and large excavators. Doosan has also aggressively added control techniques into its products, touting their advanced control capabilities.

14.    Leading up to these new products and features, Doosan closely monitored Caterpillar's continued advancement and investments in innovation as part of an extensive competitive intelligence program focused on Caterpillar's products and technologies.

15.    For example, Doosan maintained a website titled "Bobcat Advantage" at *bobcatadvantage.com*, which contained detailed video and webpage comparisons between Doosan equipment and Caterpillar equipment and reflected Doosan's extensive analysis of Caterpillar products and technologies.

6



Doosan, Competitive Comparison Test Overview; available at
https://web.archive.org/web/20170112060500/http://www.bobcat.com/
compare-brands/advantage (last accessed May 20, 2026).

RLF1 35991039v.1



Doosan, Bobcat Advantage; available at https://web.archive.org/web/ 20170101071824/http://www.bobcat.com/compare-brands/ loaders?alias=hydraulic-performance (last accessed May 20, 2026).

This webpage describes Doosan's side-by-side comparisons of Caterpillar machines and demonstrates Doosan's detailed familiarity with Caterpillar's design choices, performance characteristics, and technological features.

16. The "Bobcat Advantage" videos further confirm Doosan's identification of Caterpillar as a competitor and Doosan's extensive competitive intelligence about Caterpillar, including the possession and use of Caterpillar machines.

RLF1 35991039v.1



"Cab Layout: Bobcat vs. Other Loader Brands" at 2:45–2:52; available at
https://www.youtube.com/watch?v=MgE7Uojz460 (last accessed May 20, 2026).



"New Bobcat Advantage: Bobcat vs. Other Excavator Brands" at 0:10;
available at https://www.youtube.com/watch?v=7D6V6JvBKBM
(last accessed May 20, 2026).

17.    Although the "Bobcat Advantage" site once prominently displayed Doosan's

extensive competitive analysis of Caterpillar equipment as shown in the preceding paragraphs, the

site       today       conspicuously       resolves       to       a       blank       page.       *See*

9

https://netdrive.bobcat.com/advantage/excavators/index.html. But the underlying source files associated with that webpage reveal the now-hidden "head-to-head tests" "versus . . . Caterpillar" that Doosan conducted and previously touted.

Source File; available at https://netdrive.bobcat.com/advantage/excavators/
index.html?video=TravelSpeed (last accessed May 18, 2026).

18.    Through this extensive competitive intelligence program—that Doosan now conceals from public view—Doosan gained detailed knowledge of Caterpillar's products and technologies and, on information and belief, Caterpillar's patents covering those products and technologies, including the Patents-in-Suit.

19.    Relevant here, Caterpillar pioneered and developed multiple systems for intelligently controlling heavy machinery. These advancements enhanced operator experience and operational efficiency, while also safeguarding equipment to reduce the risk of damage or failure. For example, Caterpillar innovated a system for machines with hydrostatic transmissions, using torque-based inputs to adjust operator commands. The resulting control system prevents engine overload and engine stalling, improving operator efficiency and productivity. Caterpillar

10

developed this hydrostatic transmission control system over a decade ago. As another example, Caterpillar innovated to resolve common trade-offs found in economy modes of operating that sought to balance fuel efficiency with performance. Caterpillar developed an advanced economy mode that modulated limits on engine speed as well as transmission torque, allowing greater flexibility in economical machine control without needlessly sacrificing performance, and implemented this economy control system in machines beginning in January of 2017. Subsequently, Doosan has employed Caterpillar's control solutions in Doosan's machines—for example, in its telehandlers equipped with "ECO mode," beginning with the TL619 in December 2021.[1]

20.      Another Caterpillar innovation involves a system controlling power output for hydraulic pumps that prevents the engine from working harder than necessary, reducing the chances of engine lugging and damage. This smart hydrostatic system considers a desired pump power, detects engine speed, and limits power delivery based on what the engine can handle, preventing engine stall, and improving operator uptime. Caterpillar developed and incorporated this innovation into its machines more than a decade ago. After Caterpillar launched its innovative products, Doosan introduced the E145 Large Excavator model with "Smart Power Control," using Caterpillar's patented technology.[2] Doosan has continued to include Caterpillar's technology in

---

[1]      "Bobcat Introduces All-New TL619 Telehandler" (Dec. 7, 2021); available at https://www.bobcat.com/na/en/company/news-media/press-releases/bobcat-launches-new-tl619-telehandler (last accessed May 13, 2026).

[2]      "Bobcat Company Introduces Its Largest Excavator Ever – The New E145" (Sep. 16, 2019); available at https://www.bobcat.com/na/en/company/news-media/press-releases/bobcat-introduces-new-e145-large-excavator) (last accessed May 13, 2026); Doosan, E145 Large Excavators, available at https://www.bobcat.com/na/en/equipment/excavators/large-excavators/e145) (last accessed May 20, 2026).

11

models released as recently as 2025, passing off Caterpillar's pioneering innovations as its own.[3]

21.     Yet another Caterpillar innovation is a control system to improve performance in hydrostatic drive systems. Caterpillar's advanced control solution receives input signals indicating the machine's current speed as well as the operator's desired machine speed, then sends command signals to adjust motor and pump displacements, resulting in a smooth shift that enhances operator experience and improves machine efficiency. Caterpillar implemented its advanced control solution in its machines a decade ago. Doosan incorporated Caterpillar's patented control technology into Doosan's machines beginning at least as early as the TL619 in December 2021.[4] For example, Doosan released its telehandlers equipped with a feature it markets as "Smooth Drive Mode." Doosan has continued to unlawfully use Caterpillar's invention in additional machines, including those announced as recently as this year.[5]

### THE PARTIES

22.     Caterpillar is incorporated under the laws of Delaware and has its corporate headquarters in Irving, Texas.

---

[3]   *See* "Bobcat Company Expands Lineup with Heavy Construction Equipment" (Mar. 25, 2025); available      at      https://www.bobcat.com/na/en/company/news-media/press-releases/ bobcat-company-releases-heavy-construction-equipment (last accessed May 13, 2026); *see also* available at https://www.bobcat.com/na/en/equipment/excavators/large-excavators/ e145) (last accessed May 20, 2026).

[4]   "Bobcat Introduces All-New TL619 Telehandler" (Dec. 7, 2021); available at https://www.bobcat.com/na/en/company/news-media/press-releases/bobcat-launches-new-tl619-telehandler (last accessed May 13, 2026).

[5]   "Bobcat Unveils its Next Evolution of Compact Loaders Designed to Empower Every Operator on Every Jobsite" (Mar. 4, 2026); available at https://www.bobcat.com/cis/ en/company/news-and-media/press-release/bobcat-unveils-its-next-evolution-of-compact-loaders-designed-to-empower-every-operator-on-every-jobsite (last accessed May 20, 2026).

RLF1 35991039v.1

23.     Doosan is a corporation organized under the laws of Delaware with its principal place of business located at 250 East Beaton Drive, West Fargo, North Dakota, 58078.

## JURISDICTION AND VENUE

24.     Caterpillar's claims arise under the patent laws of the United States, Title 35 of the United States Code.

25.     This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

26.     The Court has personal jurisdiction over Doosan in this action because Doosan is incorporated in the State of Delaware (File No. 675820) and has a registered agent in Wilmington, Delaware.  Doosan's registered agent is Corporation Service Company located at 251 Little Falls Drive, Wilmington, Delaware.

27.     Venue is proper in this District under 28 U.S.C. §§ 1391(a)–(c), and 1400(b), at least because Doosan is a corporation organized and existing under the laws of the State of Delaware and is therefore subject to suit in this District.

## THE PATENTS-IN-SUIT

**(a)     U.S. Patent No. 8,515,637**

28.     On August 20, 2013, the United States Patent and Trademark Office ("USPTO") duly and legally issued U.S. Patent No. 8,515,637 titled "Machine Control System and Method." Caterpillar owns the '637 Patent and possesses all rights of recovery under the '637 Patent.  A true and accurate copy of the '637 Patent is attached hereto as Exhibit 1.

29.     The '637 Patent is valid and enforceable.

30.     The '637 Patent relates to a method of controlling a machine including a power source and a hydrostatic transmission. Ex. 1 ('637 Patent) at 1:63–66. The invention of the '637 Patent relates to, among other things, a method of controlling a machine by obtaining inputs,

13

including torque inputs and an operator request; determining a factor adjusting the operator request; and determining a command for actuating the hydrostatic transmission based on the adjusted operator request, such that a torque load to be exerted on the power source by the hydrostatic transmission is within a desired range. *Id.* at 1:63–2:9. The machine's processor is configured to use the torque inputs to adjust the operator's requests such that the torque load placed on the engine is within a desired range—with the benefit that the engine does not stall and/or that the engine speed does not drop to unacceptable levels for a given task. *Id.* at 9:5–12.

31.     Doosan had knowledge of the '637 Patent by no later than the date of the filing and service of this Complaint.

**(b)     U.S. Patent No. 9,133,837**

32.     On September 15, 2015, the USPTO duly and legally issued U.S. Patent No. 9,133,837 titled "Method of Controlling a Hydraulic System." Caterpillar owns the '837 Patent and possesses all rights of recovery under the '837 Patent. A true and accurate copy of the '837 Patent is attached hereto as Exhibit 2.

33.     The '837 Patent is valid and enforceable.

34.     The '837 Patent relates to a method of controlling a hydraulic system. Ex. 2 ('837 Patent) at Abstract. The invention of the '837 Patent relates to, among other things, a method for a system that has a variable displacement pump operatively coupled to an engine, where "[t]he method includes detecting a speed of the engine, and determining a desired power value of the pump." *Id.* The method also includes identifying an allowable power value that may be expended by the pump based on a map. *See id.* at 6:62–64. The method comprises selecting a pump power value being the lower of the allowable power value and desired power value. *See id.* at 6:65–67. The method further comprises "adjusting the pump to deliver the selected pump power value." *See id.* at 7:1–2. The hydraulic control system intelligently adjusts the power used by a pump,

14

preventing engine lug and ensuring further optimization of the machine. *See id.* at 1:45–51; *see also id.* at 5:60–65.

35.     Doosan had knowledge of the '837 Patent by no later than the date of the filing and service of this Complaint.

### (c)    U.S. Patent No. 9,347,554

36.     On May 24, 2016, the USPTO duly and legally issued U.S. Patent No. 9,347,554 titled "Hydrostatic Drive System." Caterpillar owns the '554 Patent and possesses all rights of recovery under the '554 Patent.  A true and accurate copy of the '554 Patent is attached hereto as Exhibit 3.

37.     The '554 Patent is valid and enforceable.

38.     The '554 Patent relates to a hydrostatic drive system for a machine. The invention of the '554 Patent relates to, among other things, a method and system for "upshifting or downshifting a hydraulic motor in the hydrostatic drive system." Ex. 3 ('554 Patent) at 1:5–8. The hydrostatic drive system comprises a pump, a hydraulic motor, and a controller that receives signals indicating current and desired machine speeds and sends displacement command signals to adjust the motor and pump. *Id.* at Abstract. The controller is configured to adjust the displacements of the motor and pump to maintain constant machine speed, acceleration, or deceleration during the shifting process, improving operator experience by preventing sudden movement while upshifting or downshifting the machine and improving machine efficiency. *Id.* at 6:50–67.

39.     Doosan had knowledge of the '554 Patent by no later than the date of the filing and service of this Complaint.

15

**(d)    U.S. Patent No. 10,059,341**

40.    On August 28, 2018, the USPTO duly and legally issued U.S. Patent No. 10,059,341 titled "Control Strategy for Reduced Fuel Consumption in Machine and Powertrain System with Same." Caterpillar owns the '341 Patent and possesses all rights of recovery under the '341 Patent.  A true and accurate copy of the '341 Patent is attached hereto as Exhibit 4.

41.    The '341 Patent is valid and enforceable.

42.    The '341 Patent relates to a control system for a machine powertrain. The invention of the '341 Patent relates to, among other things, a control system to "limit[] powertrain output in a manner that varies based upon ground speed and engine load in a machine." Ex. 4 ('341 Patent) at 1:9–11. The control system can use ground speed or engine load to adjust operator requests of the powertrain—including both engine speed commands and torque commands—such that an economy powertrain output is produced. *See, e.g.*, *id.* at 1:50–57. The control system is a flexible one, allowing for modulation of both engine speed and/or torque, and can provide such benefits as fuel efficiency. *See id.* at 9:8–17.

43.    Doosan had knowledge of the '341 Patent by no later than the date of the filing and service of this Complaint.

**ACCUSED PRODUCTS**

44.    The '637 Patent accused products include, but are not limited to, Doosan products equipped with certain economy (or "eco") modes, "Eco-Ride," and/or horsepower control (the "'637 Patent Accused Products"). The '637 Patent Accused Products include, but are not limited to, Telehandlers (*e.g.*, TL519, TL619, TL623, TL723, TL923), and Compact Track and Skid-Steer Loaders (*e.g.*, S76, S86, S770, T76, T86, T740, T770, and additional models with selectable joystick controls).

16



*The Accused T86 Compact Track Loader.*

45.    The '637 Patent Accused Products rely on control systems that use torque-based inputs to adjust operator commands and ensure that a torque load exerted on an engine is within a desired range, *e.g.*, to prevent the engine from being overloaded or stalling. For example, the webpage for the Doosan TL723 telehandler states that the "telehandlers monitor engine and hydraulic functions." Doosan, TL723 Telehandler, Durability & Uptime Protection: Machine Protection; available at https://www.bobcat.com/na/en/equipment/telehandlers/tl723 (last accessed May 14, 2026). Doosan's telehandlers are also equipped with economy mode features that maintain hydraulic performance or travel speed while reducing engine speed. *See id.* (describing "ECO Mode"). Doosan Accused Products with selectable joystick controls—such as Compact Track Loaders and Skid-Steer Loaders—are equipped with a "horsepower management" feature that "automatically adjusts the workload on the hydraulic pumps to reduce the chance of the engine stalling." *See* "Bobcat Joystick Series: Horsepower Management" at 0:09–0:22; available at https://www.youtube.com/watch?v=Bd_G86HoYaI (last accessed May 20, 2026); *see also* Doosan, Adaptive Performance, Features & Benefits: Horsepower Management; available at

17

RLF1 35991039v.1

https://www.bobcat.com/na/en/equipment/loaders/compact-track-

loaders/features/productivity/performance#adaptive-control (last accessed May 14, 2026).

46.    The '837 Patent accused products include, but are not limited to, Doosan products equipped with control systems such as Smart Power Control and/or Pump Torque Control (the "'837 Patent Accused Products"). The '837 Patent Accused Products include, but are not limited to, Large Excavators (*e.g.*, E145, E165, E220, E245).



*The Accused Excavator E145.*

47.    The '837 Patent Accused Products rely on control systems that limit the power used by the pump by detecting an engine speed, determining a desired power value based on user input, identifying an allowable power value from a map, and selecting the lower of an allowable power value and the desired power value to ensure that a selected power value is based on what the engine can handle, *e.g.*, prevent engine lug. The system thereby functions to improve operator efficiency and productivity. For example, Doosan manuals describe the Smart Power Control feature which "reduce[s] engine speed in the low load range to appropriate level through variable engine speed control which is carried out by detecting actual engine load and the operator's control action for

18

heavy load operations" and "reduc[es] unnecessary engine load through optimized control of pump torque in accordance with the engine torque." E145 Operation Manual at 3–33.

48.    The '554 Patent accused products include, but are not limited to, Doosan products equipped with control systems such as Smooth Drive Mode (the "'554 Patent Accused Products"). The '554 Patent Accused Products include, but are not limited to, Telehandlers (*e.g.*, TL519, TL619, TL623, TL723, TL923).



*The Accused Telehandler TL519.*

49.    The '554 Patent Accused Products rely on control systems that receive current and desired machine speed inputs, and relay command signals to adjust the displacement of the motor and pump, providing a smoother machine operation (*e.g.*, preventing sudden jerks and shocks) during machine operation during acceleration and deceleration. For example, the Doosan webpage describes Smooth Drive Mode as a feature that will "[e]asily shift from dynamic drive mode to smooth drive mode for a smoother response to acceleration and deceleration, enhancing precisions at lower speeds." Doosan, TL519 Telehandler, Performance: Five Operation Modes; available at https://www.bobcat.com/na/en/equipment/telehandlers/tl519 (last accessed May 13, 2026).

50.    The '341 Patent accused products include, but are not limited to, Doosan products equipped with certain economy modes (the "'341 Patent Accused Products"). The '341 Patent

19

Accused Products include, but are not limited to, Telehandlers (*e.g.*, TL519, TL619, TL623, TL723, TL923).



*The Accused Telehandler TL923.*

51.     The '341 Patent Accused Products rely on control systems that sense operation metrics and adjust accordingly. For example, the Doosan webpage for its telehandlers describes the "ECO Mode" operation that will "[m]aintain hydraulic performance without using the engine's full power – allowing you to work with lower rpm, less noise and lower fuel consumption." Doosan, TL923 Telehandler, Performance, Five Operation Modes; available at https://www.bobcat.com/na/en/equipment/telehandlers/tl923 (last accessed May 20, 2026). Certain '341 Patent Accused Products such as the TL923 also include an "E[co]-Ride" feature that "[r]educes fuel consumption by lowering engine rpm once the travel speed is stabilized." *Id.*

### COUNT I: INFRINGEMENT OF U.S. PATENT NO. 8,515,637

52.     Caterpillar realleges and incorporates each of the allegations in Paragraphs 1–51 above as though fully set forth herein.

53.     Doosan makes, uses, sells, offers for sale, and/or imports the '637 Patent Accused Products in the United States.

20

54.     Doosan directly infringes—literally and/or under the doctrine of equivalents—at least claim 12 of the '637 Patent in violation of 35 U.S.C. § 271(a) by making, using, selling, offering for sale, and/or importing into the United States the '637 Patent Accused Products, as, for example, detailed in Exhibit 5 (Exemplary Infringement Claim Chart for Claims of U.S. Patent No. 8,515,637), which is incorporated herein in its entirety.

55.     On information and belief, Doosan manufactures the '637 Patent Accused Products in the United States and/or imports the '637 Patent Accused Products into the United States. Doosan then uses, offers to sell, sells, and distributes the '637 Patent Accused Products to dealers, distributors, and end customers in a manner that infringes the '637 Patent.

56.     On information and belief, under 35 U.S.C. § 271(b), Doosan has actively induced and continues to actively induce infringement of at least one claim of the '637 Patent by encouraging the direct infringement of dealers, distributors, importers, and/or end customers to use, import, purchase, sell, or offer to sell the '637 Patent Accused Products in a manner that infringes the '637 Patent.

57.     On information and belief, Doosan has, with specific intent, actively induced, aided, and abetted the direct infringement of the '637 Patent by its dealers, distributors, and end customers by, *inter alia*, entering into distribution agreements with its dealers to use, offer to sell, and sell products including the '637 Patent Accused Products. On information and belief, Doosan has, with specific intent, trained dealers and distributors in the use of the '637 Patent Accused Products, as well as in advertising and promoting the sale of the '637 Patent Accused Products to end customers, and providing support and instruction to end customers of the '637 Patent Accused Products to encourage their use of the '637 Patent Accused Products in a manner that infringes the '637 Patent.

RLF1 35991039v.1

58.    Doosan maintains website pages advertising the '637 Patent Accused Products. For example, Doosan's website page for the TL923 telehandler promotes that its telehandlers "monitor engine and hydraulic functions," as well as the benefits of the Eco-Ride feature as reducing fuel consumption by lowering engine rpm once the travel speed is stabilized:



RLF1 35991039v.1



Doosan, TL923 Telehandler, Features & Benefits; available at https://www.bobcat.com/na/en/equipment/telehandlers/tl923 (last accessed May 20, 2026).

59.     Doosan also provides operation manuals for certain accused products that tout the benefits of and explain how to use engine and transmission control systems. As one example, the TL923 telehandler operation manual states the following regarding "ECO Mode":

23

**ECO MODE**

The ECO Mode switch enables the operator to save fuel by limiting the engine revolutions per minute (rpm) when full rpm is not needed.

**ECO Mode Operation**

**Figure 102**



1. Press the ECO Mode switch (Item 1) [Figure 102] to activate the ECO Mode.

   The activation of the ECO mode is only possible at low idle rpm (900 rpm).

2. Press the ECO Mode switch (Item 1) [Figure 102] again to turn OFF.

TL923 Operation Manual at 71.

60.     On information and belief, Doosan provides such promotional materials for the '637 Patent Accused Products and supports its distributors in selling and offering to sell the '637 Patent Accused Products.

61.     On information and belief, under 35 U.S.C. § 271(c), Doosan has contributed and continues to contribute to the infringement of at least one claim of the '637 Patent by making, using, selling, offering for sale, and/or importing into the United States components of infringing products that constitute a material part of at least one claim of the '637 Patent. Doosan has engaged in these acts with knowledge of the patent and knowledge that the infringing products were especially made or adapted for use in the infringement of at least one claim of the '637 Patent, and that the accused components of the '637 Patent Accused Products have no substantial non-infringing uses. For example, on information and belief, Doosan specifically designed and

24

manufactured the '637 Patent Accused Products for use in the infringement of at least one claim of the '637 Patent and specifically designed the '637 Patent Accused Products not to have any substantial non-infringing uses.

62.     On information and belief, as set forth in Paragraphs 12–18, Doosan has known of the '637 Patent through its competitive intelligence program long before the filing of this Complaint, and certainly no later than the filing and service of this Complaint. Despite this knowledge, Doosan has continued to make, use, sell, offer for sale, and/or import into the United States the '637 Patent Accused Products in the United States without authorization, thereby willfully infringing the '637 Patent.

63.     Doosan is not licensed or otherwise authorized to practice the claims of the '637 Patent.

64.     By reason of Doosan's infringement, Caterpillar is entitled to recover damages as a result of Doosan's wrongful acts, including pre-suit and ongoing damages.

65.     For similar reasons, on information and belief, at least since the filing and service of this Complaint, Doosan's infringement has been willful, and the Court should award treble damages pursuant to 35 U.S.C. § 284.

66.     Doosan's continued infringement of the '637 Patent has damaged and will continue to damage Caterpillar.

67.     Unless and until enjoined by this Court, Doosan will continue to infringe the '637 Patent. Doosan's infringing acts are causing and will continue to cause at least Caterpillar irreparable harm, for which there is no adequate remedy at law. Under 35 U.S.C. § 283, Caterpillar is entitled to a permanent injunction against further infringement.

68.    This case is exceptional, entitling Caterpillar to an award of attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

### COUNT II: INFRINGEMENT OF U.S. PATENT NO. 9,133,837

69.    Caterpillar realleges and incorporates each of the allegations in Paragraphs 1–68 above as though fully set forth herein.

70.    Doosan makes, uses, sells, offers for sale, and/or imports the '837 Patent Accused Products in the United States.

71.    Doosan directly infringes—literally and/or under the doctrine of equivalents—at least claim 1 of the '837 Patent in violation of 35 U.S.C. § 271(a) by making, using, selling, offering for sale, and/or importing into the United States the '837 Patent Accused Products, as, for example, detailed in Exhibit 6 (Exemplary Infringement Claim Chart for Claims of U.S. Patent No. 9,133,837), which is incorporated herein in its entirety.

72.    On information and belief, Doosan manufactures the '837 Patent Accused Products in the United States and/or imports the '837 Patent Accused Products into the United States. Doosan then uses, offers to sell, sells, and distributes the '837 Patent Accused Products to dealers, distributors, and end customers in a manner that infringes the '837 Patent.

73.    On information and belief, under 35 U.S.C. § 271(b), Doosan has actively induced and continues to actively induce infringement of at least one claim of the '837 Patent by encouraging the direct infringement of dealers, distributors, importers, and/or end customers to use, import, purchase, sell, or offer to sell the '837 Patent Accused Products in a manner that infringes the '837 Patent.

74.    On information and belief, Doosan has, with specific intent, actively induced, aided, and abetted the direct infringement of the '837 Patent by its dealers, distributors, and end customers by, *inter alia*, entering into distribution agreements with its dealers to use, offer to sell,

26

and sell products including the '837 Patent Accused Products. On information and belief, Doosan has, with specific intent, trained dealers and distributors in the use of the '837 Patent Accused Products, as well as in advertising and promoting the sale of the '837 Patent Accused Products to end customers, and providing support and instruction to end customers of the '837 Patent Accused Products to encourage their use of the '837 Patent Accused Products in a manner that infringes the '837 Patent.

75.    Doosan maintains website pages advertising the '837 Patent Accused Products. For example, Doosan's website page for the E145 large excavator promotes its "Smart Power Control (SPC)," which operates to "improv[e] efficiency" by "match[ing] load to engine rpm, hydraulic pump torque and engine response," and its "Pump Torque Control," which purportedly "prevents engine overload by matching the hydraulic demand with available engine horsepower":

27



Doosan, E145 Large Excavators, available at https://www.bobcat.com/na/en/equipment/
excavators/large-excavators/e145 (last accessed May 20, 2026).

76.     Doosan further provides operation manuals for certain '837 Patent Accused Products that describe the alleged benefits of Doosan's machines and its features. For example, the operation manual for the E145 excavator provides benefits and operating instructions for "smart power control" and "pump torque control" features. *See supra* ¶ 47.

77.     On information and belief, under 35 U.S.C. § 271(c), Doosan has contributed and continues to contribute to the infringement of at least one claim of the '837 Patent by making, using, selling, offering for sale, and/or importing into the United States components of infringing products that constitute a material part of at least one claim of the '837 Patent. Doosan has engaged

28

in these acts with knowledge of the patent and knowledge that the infringing products were especially made or adapted for use in the infringement of at least one claim of the '837 Patent, and that the accused components of the '837 Patent Accused Products have no substantial non-infringing uses. For example, on information and belief, Doosan specifically designed and manufactured the '837 Patent Accused Products for use in the infringement of at least one claim of the '837 Patent and specifically designed the '837 Patent Accused Products not to have any substantial non-infringing uses.

78.    On information and belief, as set forth in Paragraphs 12–18, Doosan has known of the '837 Patent through its competitive intelligence program long before the filing of this Complaint, and certainly no later than the filing and service of this Complaint. Despite this knowledge, Doosan has continued to make, use, sell, offer for sale, and/or import into the United States the '837 Patent Accused Products in the United States without authorization, thereby willfully infringing the '837 Patent.

79.    Doosan is not licensed or otherwise authorized to practice the claims of the '837 Patent.

80.    By reason of Doosan's infringement, Caterpillar is entitled to recover damages as a result of Doosan's wrongful acts, including pre-suit and ongoing damages.

81.    For similar reasons, on information and belief, at least since the filing and service of this Complaint, Doosan's infringement has been willful, and the Court should award treble damages pursuant to 35 U.S.C. § 284.

82.    Doosan's continued infringement of the '837 Patent has damaged and will continue to damage Caterpillar.

RLF1 35991039v.1

83.     Unless and until enjoined by this Court, Doosan will continue to infringe the '837 Patent. Doosan's infringing acts are causing and will continue to cause at least Caterpillar irreparable harm, for which there is no adequate remedy at law. Under 35 U.S.C. § 283, Caterpillar is entitled to a permanent injunction against further infringement.

84.     This case is exceptional, entitling Caterpillar to an award of attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## COUNT III: INFRINGEMENT OF U.S. PATENT NO. 9,347,554

85.     Caterpillar realleges and incorporates each of the allegations in Paragraphs 1–84 above as though fully set forth herein.

86.     Doosan makes, uses, sells, offers for sale, and/or imports the '554 Patent Accused Products in the United States.

87.     Doosan directly infringes—literally and/or under the doctrine of equivalents—at least claim 1 of the '554 Patent in violation of 35 U.S.C. § 271(a) by making, using, selling, offering for sale, and/or importing into the United States the '554 Patent Accused Products, as, for example, detailed in Exhibit 7 (Exemplary Infringement Claim Chart for Claims of U.S. Patent No. 9,347,554), which is incorporated herein in its entirety.

88.     On information and belief, Doosan manufactures the '554 Patent Accused Products in the United States and/or imports the '554 Patent Accused Products into the United States. Doosan then uses, offers to sell, sells, and distributes the '554 Patent Accused Products to dealers, distributors, and end customers in a manner that infringes the '554 Patent.

89.     On information and belief, under 35 U.S.C. § 271(b), Doosan has actively induced and continues to actively induce infringement of at least one claim of the '554 Patent by encouraging the direct infringement of dealers, distributors, importers, and/or end customers to

30

use, import, purchase, sell, or offer to sell the '554 Patent Accused Products in a manner that infringes the '554 Patent.

90.     On information and belief, Doosan has, with specific intent, actively induced, aided, and abetted the direct infringement of the '554 Patent by its dealers, distributors, and end customers by, inter alia, entering into distribution agreements with its dealers to use, offer to sell, and sell products including the '554 Patent Accused Products. On information and belief, Doosan has, with specific intent, trained dealers and distributors in the use of the '554 Patent Accused Products, as well as in advertising and promoting the sale of the '554 Patent Accused Products to end customers, and providing support and instruction to end customers of the '554 Patent Accused Products to encourage their use of the '554 Patent Accused Products in a manner that infringes the '554 Patent.

91.     Doosan maintains website pages advertising the '554 Patent Accused Products. For example, Doosan's website page for the TL519 telehandler promotes its "smooth drive mode," which operates to provide "a smoother response to acceleration and deceleration[]":

32



Doosan, TL519 Telehandler, Performance: Five Operation Modes; available at https://www.bobcat.com/na/en/equipment/telehandlers/tl519 (last accessed May 13, 2026).

92.    As another example, Doosan maintains the following website page for telehandlers, advertising the five operation modes including smooth drive mode as improving machine controllability and user experience:

32



## Features & Benefits







**Eco Mode**

In Eco Mode you can maintain hydraulic performance without using the engine's full power – allowing you to work with lower rpm, less noise and lower fuel consumption. Easily turn on or off using a control panel button.

**Smooth Drive Mode**

Easily shift from Dynamic Drive Mode to Smooth Drive Mode for a smoother response to acceleration and deceleration, enhancing precision at lower speeds.

**Dynamic Drive Mode**

Take full advantage of the high productivity of the Bobcat telehandler with Dynamic Drive Mode, offering increased responsiveness to acceleration and deceleration.





**Flex Drive Mode**

In Flex Drive Mode you can use the engine speed lever to bring a new dimension to driving by managing the travel speed independently from the engine speed. You achieve a whole new level of efficiency and precision.

**Advanced Attachment Control Mode**

With Advanced Attachment Control Mode you can control the engine and travel speed separately for full auxiliary hydraulics performance.

Doosan, Telehandlers: Five Operation Modes, available at https://www.bobcat.com/na/en/equipment/telehandlers/r-series/operation-modes (last accessed May 21, 2026).

93. On information and belief, under 35 U.S.C. § 271(c), Doosan has contributed and continue to contribute to the infringement of at least one claim of the '554 Patent by making, using, selling, offering for sale, and/or importing into the United States components of infringing products that constitute a material part of at least one claim of the '554 Patent. Doosan has engaged in these acts with knowledge of the patent and knowledge that the infringing products were especially made or adapted for use in the infringement of at least one claim of the '554 Patent, and that the accused components of the '554 Patent Accused Products have no substantial non-infringing uses. For example, on information and belief, Doosan specifically designed and

33

manufactured the '554 Patent Accused Products for use in the infringement of at least one claim of the '554 Patent and specifically designed the '554 Patent Accused Products not to have any substantial non-infringing uses.

94.     On information and belief, as set forth in Paragraphs 12–18, Doosan has known of the '554 Patent through its competitive intelligence program long before the filing of this Complaint, and certainly no later than the filing and service of this Complaint. Despite this knowledge, Doosan has continued to make, use, sell, offer for sale, and/or import into the United States the '554 Patent Accused Products in the United States without authorization, thereby willfully infringing the '554 Patent.

95.     Doosan is not licensed or otherwise authorized to practice the claims of the '554 Patent.

96.     By reason of Doosan's infringement, Caterpillar is entitled to recover damages as a result of Doosan's wrongful acts, including pre-suit and ongoing damages.

97.     For similar reasons, on information and belief, at least since the filing and service of this Complaint, Doosan's infringement has been willful, and the Court should award treble damages pursuant to 35 U.S.C. § 284.

98.     Doosan's continued infringement of the '554 Patent has damaged and will continue to damage Caterpillar.

99.     Unless and until enjoined by this Court, Doosan will continue to infringe the '554 Patent. Doosan's infringing acts are causing and will continue to cause at least Caterpillar irreparable harm, for which there is no adequate remedy at law. Under 35 U.S.C. § 283, Caterpillar is entitled to a permanent injunction against further infringement.

34

100.    This case is exceptional, entitling Caterpillar to an award of attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## COUNT IV: INFRINGEMENT OF U.S. PATENT NO. 10,059,341

101.    Caterpillar realleges and incorporates each of the allegations in Paragraphs 1–100 above as though fully set forth herein.

102.    Doosan makes, uses, sells, offers for sale, and/or imports the '341 Patent Accused Products in the United States.

103.    Doosan directly infringes—literally and/or under the doctrine of equivalents—at least claim 1 of the '341 Patent in violation of 35 U.S.C. § 271(a) by making, using, selling, offering for sale, and/or importing into the United States the '341 Patent Accused Products, as, for example, detailed in Exhibit 8 (Exemplary Infringement Claim Chart for Claims of U.S. Patent No. 10,059,341), which is incorporated herein in its entirety.

104.    On information and belief, Doosan manufactures the '341 Patent Accused Products in the United States and/or imports the '341 Patent Accused Products into the United States. Doosan then uses, offers to sell, sells, and distributes the '341 Patent Accused Products to dealers, distributors, and end customers in a manner that infringes the '341 Patent.

105.    On information and belief, under 35 U.S.C. § 271(b), Doosan has actively induced and continues to actively induce infringement of at least one claim of the '341 Patent by encouraging the direct infringement of dealers, distributors, importers, and/or end customers to use, import, purchase, sell, or offer to sell the '341 Patent Accused Products in a manner that infringes the '341 Patent.

106.    On information and belief, Doosan has, with specific intent, actively induced, aided, and abetted the direct infringement of the '341 Patent by its dealers, distributors, and end customers by, *inter alia*, entering into distribution agreements with its dealers to use, offer to sell,

35

and sell products including the '341 Patent Accused Products. On information and belief, Doosan has, with specific intent, trained dealers and distributors in the use of the '341 Patent Accused Products, as well as in advertising and promoting the sale of the '341 Patent Accused Products to end customers, and providing support and instruction to end customers of the '341 Patent Accused Products to encourage their use of the '341 Patent Accused Products in a manner that infringes the '341 Patent.

107.    Doosan maintains website pages advertising the '341 Patent Accused Products. For example, Doosan's website page for the TL923 telehandler promotes its ECO Mode and Eco-Ride features' benefits as maintaining hydraulic performance without using full engine power and improving fuel efficiency:



**TL923 Features & Benefits**

Expand all ▾

▴ **Performance**  21

▾ **Z-Bar Boom Linkage**
`Standard`

▾ **High Load Capacity and Lift Height**

▾ **135 hp Tier 4 Bobcat Engine**

▾ **V-Drive Hydrostatic Transmission**

▾ **Load Sense Hydraulic System**

▾ **Patented Hydraulic Lift System**

▾ **Heavy-Duty Drivetrain**

▾ **Four Steering Modes**

▴ **Five Operation Modes**

Five operation modes give you the versatility you need for a wide variety of applications:

**ECO Mode:** Maintain hydraulic performance without using the engine's full power – allowing you to work with lower rpm, less noise and lower fuel consumption. Easily turn on or off using a control panel button.

36

RLF1 35991039v.1



Doosan, TL923 Telehandler, Features & Benefits; available at https://www.bobcat.com/na/en/equipment/telehandlers/tl923 (last accessed May 20, 2026).

108.    Similarly, Doosan's brochures tout ECO mode as increasing versatility while lowering fuel consumption:

RLF1 35991039v.1



Telehandlers TL519, TL623, TL723, TL923 Brochure at 6.

109.    Doosan also provides operation manuals for certain accused products that tout the benefits of and explain how to use engine and transmission control systems. As one example, the operation manual for the TL923 telehandler describes benefits and operating instructions for ECO Mode:

38

**ECO MODE**

The ECO Mode switch enables the operator to save fuel by limiting the engine revolutions per minute (rpm) when full rpm is not needed.

**ECO Mode Operation**

**Figure 102**



1.  Press the ECO Mode switch (Item 1) [Figure 102] to activate the ECO Mode.

    The activation of the ECO mode is only possible at low idle rpm (900 rpm).

2.  Press the ECO Mode switch (Item 1) [Figure 102] again to turn OFF.

TL923 Operation Manual at 71.

110.    On information and belief, under 35 U.S.C. § 271(c), Doosan has contributed and continues to contribute to the infringement of at least one claim of the '341 Patent by making, using, selling, offering for sale, and/or importing into the United States components of infringing products that constitute a material part of at least one claim of the '341 Patent. Doosan has engaged in these acts with knowledge of the patent and knowledge that the infringing products were especially made or adapted for use in the infringement of at least one claim of the '341 Patent, and that the accused components of the '341 Patent Accused Products have no substantial non-infringing uses. For example, on information and belief, Doosan specifically designed and manufactured the '341 Patent Accused Products for use in the infringement of at least one claim of the '341 Patent and specifically designed the '341 Patent Accused Products not to have any substantial non-infringing uses.

39

111.    On information and belief, as set forth in Paragraphs 12–18, Doosan has known of the '341 Patent through its competitive intelligence program long before the filing of this Complaint, and certainly no later than the filing and service of this Complaint. Despite this knowledge, Doosan has continued to make, use, sell, offer for sale, and/or import into the United States the '341 Patent Accused Products in the United States without authorization, thereby willfully infringing the '341 Patent.

112.    Doosan is not licensed or otherwise authorized to practice the claims of the '341 Patent.

113.    By reason of Doosan's infringement, Caterpillar is entitled to recover damages as a result of Doosan's wrongful acts, including pre-suit and ongoing damages.

114.    For similar reasons, on information and belief, at least since the filing and service of this Complaint, Doosan's infringement has been willful, and the Court should award treble damages pursuant to 35 U.S.C. § 284.

115.    Doosan's continued infringement of the '341 Patent has damaged and will continue to damage Caterpillar.

116.    Unless and until enjoined by this Court, Doosan will continue to infringe the '341 Patent. Doosan's infringing acts are causing and will continue to cause at least Caterpillar irreparable harm, for which there is no adequate remedy at law. Under 35 U.S.C. § 283, Caterpillar is entitled to a permanent injunction against further infringement.

117.    This case is exceptional, entitling Caterpillar to an award of attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## PRAYER FOR RELIEF

WHEREFORE, Caterpillar respectfully requests that this Court enter judgment in its favor and grant the following relief:

RLF1 35991039v.1

A.  A judgment that Doosan directly and indirectly infringes the Patents-in-Suit;

B.  An order permanently enjoining Doosan, its affiliates and subsidiaries, and each of its officers, agents, servants and employees and those acting in privity or concert with them, from making, offering to sell, selling, using, or importing into the United States systems claimed in any of the claims of the Patents-in-Suit, and from inducing others to make, offer, sell, use or import into the United States articles that infringe any claim of the Patents-in-Suit, until after the expiration of the Patents-in-Suit, respectively, including any extensions and/or additional periods of exclusivity to which Caterpillar is or becomes entitled;

C.  An order awarding damages under 35 U.S.C. §§ 154 & 284 in an amount sufficient to compensate Caterpillar for its damages arising from infringement by Doosan, including, but not limited to, lost profits and/or a reasonable royalty;

D.  A judgment that Doosan's infringement of the Patents-in-Suit was and continues to be willful and an order enhancing damages under 35 U.S.C. § 284;

E.  A judgment and order requiring Doosan to pay Caterpillar the prejudgment and post-judgment interest to the fullest extent allowed under the law, as well as its costs;

F.  An order finding that this is an exceptional case and awarding Caterpillar its reasonable attorneys' fees pursuant to 35 U.S.C. § 285; and

G.  Such other relief as the Court may deem appropriate and just under the circumstances.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Caterpillar, by and through undersigned counsel, hereby demands a trial by jury to all issues so triable.

41

RLF1 35991039v.1

OF COUNSEL:

Gregg F. LoCascio, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202-389-5000

Ryan Kane, P.C.
Mark C. McLennan
N. Kaye Horstman
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
212-446-4800

Dated: May 26, 2026

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
farnan@rlf.com

*Attorney for Plaintiff Caterpillar Inc.*

42

RLF1 35991039v.1